AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cr-155 (DLI) |
| ROBERT TAMICO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT TAMICO

Date:   03/29/2017

*Attorney's signature*

ADAM D. PERLMUTTER
*Printed name and bar number*

Perlmutter & McGuiness, P.C.
260 Madison Avenue, Suite 1800
New York, NY 10016
*Address*

adp@pmlawnyc.com
*E-mail address*

(212) 679-1990
*Telephone number*

(888) 679-0585
*FAX number*