# EXHIBIT A

Judy Hintze
159-03 84 Street
Howard Beach, NY 11414
(718) 659-8130

June 1, 2018

Re: **Michael Hintze**
**17 Cr. 155(DLI)**

Attention: **Honorable Dora L. Irizarry**
**United States District Judge**

Dear Honorable Dora L. Irizarry,

I would like to introduce myself I am Judy Hintze, the wife of Michael Hintze. We have been together since 1989. Together we have a daughter named Faith who is 16 years old. It took us many years to have a child, Michael has thyroid cancer and I had Endometriosis. After many failed attempts trying to conceive along with heartaches during those years, finally, through the third-attempt of in-vitro fertilization we had a vital pregnancy. On October 31, 2001, we had a daughter. It was our **faith** in God that one day he would make us parents for which she was named. We named her Faith and she has become our life. God granted us one child and she is perfect.

My parents divorced when I was a young girl and my father pretty much walked away from us so I never experienced a close relationship with him. I can only imagine when I was growing up what it was like to have a relationship with my dad like other girls had. I wasn't so lucky. But Faith is your Honor. Michael is bigger then the Empire State building to Faith. She adores her father and he adores her. They have a very close bond. We as parents always encouraged Faith to do well in school, Michael always preached to her through hard work comes success and she has done just that. Inducted into the National Honor Society, and carries a 95 overall average. For him to miss her high school graduation in June 2019, will be devastating to her. She takes such pride in doing well in school to make us proud.

For some, writing a letter to characterize a person would be hard, but not when it comes to Michael. He has worked two-full time jobs since Faith was an infant so I could stay home to raise her. He worked over 80 hours a week for the past 15 years. He would go on minimal sleep from one job to the next and if Faith was struggling with homework he would find the time to sit with her no matter how long it took and explain it so she would understand. He is kind, loving and patient. Michael is genuinely a good man. He is the most selfless person you will ever meet, probably to a fault. He is everything good in a man your Honor who has made a mistake and that mistake has cost him so much. He lost his New York City Job with the Department of Transportation of almost 20 years. This is devastating not only financially, but also emotionally to us. He was about to become a Supervisor and it is all gone now. This was his livelihood for the past twenty years. Michael has been the sole provider and without him we are struggling. I got my CDL License and I am currently driving a school bus to try and make ends meet which we are finding very hard to do.

Michael was a first responder at Ground Zero. He was part of the rescue and recovery being a NYC employee. He spent endless days clearing debris and searching for survivors. He worked effortlessly like so many others in hopes of finding people alive. He would come home exhausted. I would hear him coughing while he removed his clothes and put them in bags outside, he would be covered in white dust. He never thought once about himself or his health at that time. (Michael took these pictures while at Ground Zero)

A perfect example of Michael's character is when in our community a young woman was murdered while out for a jog, her name was Karina Vetrano. Michael suggested that I use Facebook in a positive way to reach out to help take donations so we as a community can come together and give back to the police who worked endless hours to solve this case. So I did just that, and the response was overwhelming. Everyday, Michael and I along with others set-up a feeding station at the command site for the police that were involved in the case. Not only did we set-up a feeding station at the command site but we also set-up a station in the 106th precinct. Michael in between working both his jobs selflessly helped me bring and set-up cases of waters, soda, and trays of food to feed the police. (Pictures and articles attached.)

Please take Faith into consideration when sentencing him. He is not a hardened criminal he is a family man that has made a mistake that we are all paying for. He is missed so much.

Thank you for your time.

Respectfully,

Judy Hintze

Faith Hintze
159-03 84th Street
Howard Beach, NY 11414

May 14, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Hintze Sentencing

Dear Honorable Dora L. Irizarry:

My name is Faith Hintze. I am Michael Hintze's only child, who will be standing before you July 6th to determine his sentencing. I am sixteen years old and have an extremely close bond with my father.

My father is the most caring person I have come to know in my years of living and it is devastating to not have him home with me and not being able to do things with him and talk to him whenever I want to. Through my whole life my father has been the only person, besides my mother, who I can depend on no matter what. My father is my best friend and I have been having a very hard time with his absence and it has been negatively impacting me ever since his incarceration. My high school graduation is approaching next June and I would absolutely love to have my father home to see me walk across the stage and be handed my diploma for which I will be graduating with honors. He is the reason I have always worked so hard in school and I have always done everything in my power to make him proud. He has pushed me to do my best and taught me that hard work reaps positive outcomes. Due to all his motivation, I have been an honor student my whole life and would like to continue down this path through college and medical school with my father home by my side. My father is an extremely hard working and family oriented individual and I know from the bottom of my heart, that he will never make these same mistakes again. I love my father more than anything in this world and I am completely lost without him.

Your honor, everyone knows the importance of the relationship between a girl and her father. My father has taught me what it means to be loved unconditionally and to never expect anything less. I ask you with the utter most respect to grant leniency when sentencing my father because it gets harder each and everyday knowing he is not here with me. Thank you for your time.

Sincerely,

Faith Hintze

Anita Giallanzo
161-08 95th Street
Howard Beach, NY 11414

May 22, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Michael Hintze Sentencing

Dear Honorable Dora L. Irizarry:

My name is Anita Giallanzo. I am writing to you about my son-in-law Michael Hintze. As you can imagine, this is a very difficult time for my entire family. I can only appeal to you as an elderly mom who hopes to see her children and their families past this turmoil and settled into their lives focusing on their children.

Michael is married to my daughter Judy. I couldn't ask for a better son-in-law. Michael has welcomed me into his home when I was in need, including more then one instance of recovering from some of my several heart related surgeries. He made it easy and comfortable for me to be with my daughter at those times I needed her most.

Michael is a very hard working man. After they married and were ready to start a family Judy had a hard time getting pregnant. At the same time Michael was diagnosed with thyroid cancer. Through a lot of heartbreak and disappointment, God granted them a wonderful daughter, my granddaughter Faith. It is with Faith in mind that I ask you to please recognize Michael's good qualities. He worked 2 jobs so that Judy could be home with Faith and give her the love and attention she deserves. He has taken great care of my daughter and their baby and now Faith is getting ready to graduate from High School next year, with honors, and what she wants most is for her dad to be there beaming with pride for her.

Thank you for reading my letter. I hope you can find it in your heart to give Michael the least amount of time as possible. God bless you!

Sincerely,

*Anita Giallanzo*
Anita Giallanzo

Douglas Allocco
214 Kensington Road South
Garden City South, N.Y. 11530

June 9, 2018

Michael Hintze

To the Honorable Dora Irizarry,

My name is Douglas Allocco and I am 53 years old. I own and operate my family's trucking company for the past thirty years. I am a Married with two children. Michael and I are childhood friends since we were three years old. We were neighbors as children and have remained best friends throughout our lives.

I consider Michael to be a trustworthy and loyal friend. We are more then friends he is like a brother to me. He is one of the hardest working people I know and I don't say that lightly. He worked around the clock most of the time. He has lived a productive life he has held two full time jobs for the past 20 plus years. He takes pride in providing for his family is a great husband, and father He is extremely proud of his daughter she is his greatest accomplishment in life. This hasn't been easy on her or his wife. I ask you to take that into consideration when sentencing Michael. In my humble opinion I believe this mistake has cost him so much in many ways and he is truly sorry. He was a productive man with a career and all that was lost, along with time away from his family.

Thank you very much for taking the time out of your day to read my letter.

Sincerely,

*Douglas Allocco*
Doulas Allocco

June 08, 2018

To the Honoarable Dora Irzarry:

Re: Michael Hintze

I would like to introduce myself my name is Rosalie Valinoti. I am 74 years old. I have had the pleasure of knowing Michael Hintze for over 30 years. I am related to Michael through marriage he is married to my niece Judy Hintze.

Michael is a wonderful, smart, kind, considerate loving caring person. He has always been a hard worker and a dedicated husband and father. Michael worked two full time jobs literally day and night. Whenever overtime became available he would take it so he could provide for his family. It was very important to him that his wife Judy be able to stay at home so she could raise their daughter Faith. Michael and Judy are very proud loving parents and their daughter brings much joy to them (it took many years to conceive her). As parents Michael and Judy love spending time together as a family and do many things together, biking, shows, movies and most of all just being together. Faith is extremely smart and well rounded. She has many academic achievements and awards. This year Faith turned 16 and was devastated that her dad couldn't be there. It is a very hard time for Faith and her mom.

I ask that you please consider his family and their stuggles when he stands before you, for his sentencing. I know Michael is sorry for his actions and would do anything to be home with his family.

Yours truly

*Rosalie Valinoti*
Rosalie Valinoti

Louis Bologno
1000 S. Ocean Boulevard
Pompano Beach, Florida 33060
(954) 914-5627

May 27, 2018

The Honorable Dora L. Irizarry
United States District Judge

Re: Michael Hintze

Dear Honorable Irzarry:

My name is Louis Bologno, I am 56 years old and have a son that is 22 years old. I have been a single parent since my son was an infant. I was born and raised in New York and then in my 20's move to Florida to follow my family. I own a pool and repair company in Florida.

I know Michael Hintze from childhood. We became friends at a young age and remained close throughout our lives. We attend each other's family gatherings over the years. Michael and his wife Judy have opened their home to my son and I when we come up North to vacation. I know Michael to be a good, honest, caring and giving man, father and husband.

He has lived a constructive life for the last 30 years. No one is as hard working as him. Holding down two full time jobs and functions on very little sleep. I was always amazed of how he did it. He never complained, always a happy guy. Michael puts others before himself and has been there to lend a hand and or an ear to myself and son over the years. My son would sometimes ask Michael for his advice. I trust Michael to have my son's best interest at heart and guide him in a positive direction. Michael is an asset in my life as he is to his family and jobs. I am truly grateful for his friendship and loyalty toward my family and I for all these years.

Michael is a family oriented man. His family is his world. I know they are finding it very hard without him home, especially his daughter. I believe Michael is very sorry for the mistake he has made and that is where I ask you to please show leniency when sentencing him. This mistake has cost him and family so much anguish.

Thank you for giving me a chance to try to make you understand who Michael is as a person.

Sincerely,

Louis Bologno

ANTOINETTE WILLEMIN
158-17 81 Street
Howard Beach, NY 11414

June 13, 2018

The Honorable Dora L. Irizarry
United States District Judge
C/O Mark S. DeMarco
Attorney At Law 3867 East Tremont Avenue
Bronx, New York 10465 718 239 7070
Fax 718-239-2141 MSDLaw@aol.com

Re: U.S. v. Michael Hintze 17 Cr. 155 (DLI)

Dear HONORABLE IRIZARRY:

My name is Antoinette Willemin. I have known Michael Hintze for over 25 years. He is my cousin by marriage.

I feel I know Michael well. We attended his wedding and he and he attended our wedding. We celebrate family functions together. Whenever my family needed any help whether it was moving furniture, or driving us to the airport, Michael would always be there to help. Michael and his wife would always help anyone in need in our community. Michael is a kind, generous and loving family man. He is very hard working to provide for his wife and child. He is loved by many! Whenever I visited his home, he always pulled up an extra chair to include me at dinners etc. He has always made me and my family feel welcomed! I love and trust Mike as if he was a brother.

I sincerely believe that Michael is sorry for his mistake. I know he wants to make things right for his wife and daughter. I pray that he will be home soon with his family.

Very truly yours,
Antoinette Willemin

Anna Iuvara
158-31 81 street
Howard Beach, NY 12424

June 12, 2018

The Honorable Dora L. Irizarry
United States District Judge
C/O Mark S. DeMarco
Attorney At Law 3867 East Tremont Avenue
Bronx, New York 10465 718 239 7070
Fax 718-239-2141 MSDLaw@aol.com

Re: U.S. v. Michael Hintze 17 Cr. 155 (DLI)

Dear Honorable Irizarry:

My name is Anna Iuvara. I am 80 years old.
I am Michael's Aunt. He is married to my niece Judy. I have known Michael Hintze for many years.

Michael adores his wife and child. Michael is generous, loving, helpful and most of all a good family man. He is also hard working.

I truly believe that Michael is sorry for his wrong doing and I know if given the opportunity he will be a model citizen.

Sincerely,
*Anna Iuvara*
Anna Iuvara

Mark F. Lindberg<br>
88-57 75th Avenue<br>
Glendale, NY 11385<br>
718-275-1342 | Linndy1@aol.com

June 22, 2015

To the Honorable Dora L. Irizarry, United States District Judge:

My name is Mark Lindberg and I've been a web developer/online marketer and designer for a media and events company located in Manhattan for just over 11 years. I first met Michael Hintze in St. Fortunata, a Roman Catholic elementary school in Brooklyn, NY. I lived a few blocks away and couldn't have been more than 9 or 10 years old at the time. I was a grade above Mike but was already good friends with his older brother, Robert, who was in my class. I knew right away Mike was Robert's brother just by the resemblance. I had a lisp and Mike was having trouble with his "R"s, and we first met the day I was sent to visit a speech therapist at the school. We've been life-long friends ever since.

When I turned 13 my family moved from Brooklyn to Queens and I spent as much time as I could in Tudor Park, right across the highway from where I lived. Mike's family lived in Tudor Village, and our friendship continued until this day. Mike was always a great athlete, he was on a league football team. And when we played two-hand touch in the park he would always offer suggestions to help me improve my game and make me a better player. And when side were chosen,, I would always be one of Mike's first selections, even though I knew there were better players available to choose from.

As we got older, girls entered the picture and we saw less of each other over the years. But we always made the effort to meet up when we can and, whenever we did, we were quick to catch up on all that's been going on in our lives. Mike was always the type of guy who would give you the shirt off his back, and in one case he actually lent me his shoes so I can enter a club with a strict dress-code , so I could track down an ex-girlfriend. I left him outside in the parking lot for well over an hour, which wasn't a very nice thing to do on my part. When I returned, I thought he'd be furious, but he just shook his head with a grin and asked me how it went with my ex.

I know Mike has made some mistakes in his life, and he would be the first to say so. But they should not cast a shadow on his good character and generous nature, or the fact that he worked two difficult jobs to provide for his wife Judy and daughter Faith, rebuilding their home after the devastation of super storm Sandy. And in spite of those mistakes, I am proud to call Mike one of my best and oldest friends, the very reason I wanted to write this letter on his behalf.

Sincerely,

*Mark Lindberg*

Mark Lindberg