# EXHIBIT D

Case 1:17-cr-00155-DLI   Document 309-4   Filed 06/26/18   Page 1 of 2 PageID #: 2840

 **Department of Transportation**

POLLY TROTTENBERG, Commissioner

April 24, 2018

To Whom It May Concern:

Michael Hintze has worked for the New York City Department of Transportation since November 3, 1996 as a Highway Repairer.

He was under my Supervision for over 10 years. During this time he has been an exceptional employee. He would come to work as scheduled and on time. Mike as we call him was a hard worker and very knowledgeable in his craft. He was always willing to go above and beyond for this agency. He would take the initiative to teach other employees how to perform the job properly, as well as to ensure the safety of himself and his co-workers.

In the 10 years working under me, I have come to know Michael as a person. Michael is a well-rounded individual, who is a pleasure to be around. I know him to be a family man who loves his family. He demonstrates a person of good character.

I find Mr. Hintze to be of good moral character, who would do anything for you.

If you have any further questions, please feel to contact me at (646) 879-2604.

Thank you

Carl DelGeorge
Borough Supervisor

**NYC Department of Transportation**
**Roadway Repair and Maintenance**
69-46 Sybilla Street, Forest Hills, NY 11375
T: 212.839.2116  F: 212-839-2119
www.nyc.gov/dot