# EXHIBIT E



# MDC Brooklyn Recreation Department

This is to Certify that

**M. Hintze**

Has Successfully Completed
*Structured Activity (Running)*
At MDC Brooklyn

This certificate is hereby issued this 26th day of April 2018

*K. White*
Recreation Specialist

# MDC Brooklyn Recreation Department

This is to Certify that

## M. Hintze

Has Successfully Completed

*Structured Activity (Running)*

At MDC Brooklyn

This certificate is hereby issued this 26th day of April 2018

K. White
*Recreation Specialist*

# MDC Brooklyn Recreation Department

## Michael Hintze

This is to Certify that

has Successfully Completed

**Art Class**

at MDC Brooklyn

This certificate is hereby issued this 22nd day of March 2018

_K. White_

Recreation Specialist



# U.S. Department of Justice
## Federal Bureau of Prisons
### MDC Brooklyn Recreation Department

Presents this Certificate to

*Michael Hütze*

In recognition of completing course
Basic Fitness Class
at MDC Brooklyn
July 26, 2017

**K. White, Recreation Specialist**



U.S. Department of Justice
Federal Bureau of Prisons
MDC Brooklyn Education Department

Presents this Certificate to

**Michael Hintze**

In recognition of your completion of *Instruction* course

**Entrepreneurship**
MDC Brooklyn

December 30th, 2017

C. Bramble- Education Technician