**EXHIBIT A**



**164-04 86th Street, Howard Beach, New York**
(pre-Giallanzo improvements)

**EXHIBIT B**



**164-04 86th Street, Howard Beach, New York**
(post-Giallanzo improvements)

**EXHIBIT C**



**157-50th Street, Howard Beach, New York**
(Giallanzo's old house)

## EXHIBIT D



Photographs of the Real Estate Listing for
164-04 86th Street, Howard Beach, New York,
which have since been taken down

Listed By CENTURY 21 Amiable Realty Group II

## Property Description                                                    —

**MLS #:** 164-04

**Property Type:** Single Family Detached

This 3 year old Custom built home sits on a 80 by 100 lot and has 6500 sq feet of living space that consists of 5 bedrooms, 3 full baths, 2 half baths, a beautiful custom gourmet eat in kitchen with a large island, top of the line appliances, banquet size dining room, 2 custom built fireplaces, a huge 2 car garage with radiant heated floors. Master suite has fire place and large custom closet and master bathroom. Full finish high ceiling basement with a full kitchen, media room, gym, built in fish tank and wine room, cedar closet. All 5 bedrooms have California closets. Radiant heat thru-out home, 2nd level has forced hydronic hot air, first floor and basement have tile heated floors. Pavers thru out property with radiant heat as well has heated front steps. Sprinkle system, central Vac, 2 laundry rooms, beautiful mill work thru-out home. A resort style yard with salt water heated pool with water fall controlled by remote. Top of the line out door kitchen with ice maker. Surveillance, fire and home alarm plus surround sound system through out home.

## Contact                                                                —

Have A Question? Contact Agent

\* Required Fields

| First Name \* |
|---|

| Last Name \* |
|---|

| Your Email \* |
|---|

| Phone Number |
|---|

Comments:

I would like to inquire about the property in   Howard Beach, NY 11414, MLS #164-04.

Contact Me By:

◉ Email    ◯ Phone    ◯ Both

[ Contact Agent ]



Howard Beach, NY 11414

Contact    Save    Share    Expand    Close

## Property Features

- **Age**: 1-5 Years Old
- **Appliances**: Dishwasher, Dryer, Range / Oven, Refrigerator, Washer
- **Basement**: Full
- **Fireplace Count**: 2 Fireplaces
- **Garage Count**: 2 Car Garage
- **Sewer**: City
- **Style**: Colonial
- **Water**: City Water

## Purchase or Lease Opportunities

**Traditional Mortgage**

30 year mortgage at 3.38% APR

**$10,260**

Your estimated monthly payment

| | | |
|---|---|---|
| **$2,899,000** | purchase price | |
| **$2,319,200** | loan amount | |

**$579,800**

20% Down Payment

Explore Mortgage Options ›

*Neither Century 21 Real Estate LLC nor any of its franchisees or other affiliated companies provides, or is in any way responsible, for any product or service offered by Home Partners of America.

## Maps & Directions

## Local Schools









































































































**EXHIBIT E**





Additional photographs of
164-08 86th St, Howard Beach, New York