# Exhibit A

Honorable Chief Judge Dora L Irizarry
United States District Court, E,D,N,Y
225 Cadman Plaza East
Brooklyn, NY
May 7, 2018

Honorable Judge Irizarry,

My name is Elizabeth Giallanzo the wife of Ronald Giallanzo. My husband will stand before you on June 29,2018. I would like to share a memory with you from our first date. It was raining very hard and we went to a movie. After the movie we were running to the car under an umbrella. Ronald stopped me at a store and told me to wait under the store awning. Strange to me at the time.

He ran returning soaked with no umbrella and a big smile on his face, which I will never forget. Ronnie had noticed a homeless women hunched over drenched from the rain. He gave her his umbrella and money for food, stating my heart broke for that lady. Selfless, caring and compassionate giving without thought. That is the moment I fell in love with him.

We built a beautiful life and family together. Our four children we have raised into functioning, kind, respectful members of society.

I hope this letter has brought some insight into the character of Ronald Giallanzo.

Your Honor I would like to thank you for taking the time to read this letter.


Respectfully,

Elizabeth Giallanzo

Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y.
225 Cadman Plaza East Brooklyn, New York
May 11, 2018


Honorable Dora L. Irizarry


My name is Rosemarie Giallanzo, I am Ronald Giallanzo's oldest daughter. I am writing you this letter to let you get a glimpse of who Ronald Giallanzo really is. My dad is the definition of someone who always does right by others. He has taught me and my three younger siblings to always be kind , loyal, and humble. Anyone that knows my father knows he will give the shirt off his back for anyone. He has such a big heart and will move mountains just to see someone else smile. One memory I have was my 8th grade father daughter dance . Even at 28 years old I still remember this day like it was yesterday . My father had massive reconstructive knee surgery the day before the dance. My mother told me in advance my father could not make the dance , which I completely understood. I'll never forget at one point in the party all the girls got up and had a dance with their fathers . I

remember going to sit down,but when I turned around I saw my father

standing there in crutches!! You could see the pain in face , and he

had a very hard time keeping his balance , but he was not missing this

for the world . That's just one example of many of how selfless my

father is. No matter whats going on in his life , if you ever need him

he's there no matter what!! Family is also extremely important to my

dad. It's been hard not having him around for holidays because he

brings everyone together . We love and miss him more than words

can say. Thank you for taking the time out to read my letter . I hope

this will help you see the great man my father is.


Respectfully Yours ,

*Rosemarie Giallanzo*

Rosemarie Giallanzo

Chief Judge Dora L. Irizarry
United States District Court E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY

Honorable Judge Dora Irizarry,

My name is Ronald Giallanzo Jr I am the twenty-three year old son of Ronald
Giallanzo. I wanted to write this letter on behalf of my father to show the man he
truly is, a great friend, a great person, but above all a great father. To me their is no
one I look up to more then my father. As far back as I can remember he has taught
me the morals I will carry with me for life. Since a young child my father has always
pushed and motivated me to do my best. He has been my coach, my teammate, but
above all my best friend. I am the man I am today thanks to my fathers teachings, he
has made mistakes in his life and always made it a point to make sure I never repeat
them and work my hardest for a better life. Thanks to my dad I have graduated from
Xaverian high school in Bay Ridge Brooklyn and have gone on to secure a position
with the New York City department of transportation. I owe this all to my
father,have it not been for his voice in the back of my head I would have never
worked to my fullest potential. He is a man with a heart of gold someone who is
always their to lend a helping hand and the definition of what a friend should be.

One memory that comes to mind over and over again is the night my father was able
to see me compete for the first time. I picked up the sport of boxing at 16 years old
and always dreamed of being able to have my first competitive fight in front of my
father and family. To me having my father there to watch me was something I have

dreamed of due to the time we have been apart. After all it is his motivation and support that gave me the push to have the courage to even attempt such a challenging sport. On February 6th 2015 I had my first fight of the daily news golden glove boxing tournament .My father and I went to eat before I had to get ready to compete and it was his words that pushed me to go through with it despite my nerves. Preforming in front of a large crowd isn't something that comes easy for me especially in such a rough sport where the room for error is so small. Once I arrived at the venue I was selected to be the first bout of the night and the feeling of walking out to my whole family and seeing the look on my fathers face was something I will carry with me forever. I went on to lose the match but displayed the heart and courage I credit to my father. Despite being knocked down and the odds stacked against me I rose up with my fathers voice in the back of my head and gave a great show and performance. My fathers face showed how proud he was of me and after all it was his heart and courage that I displayed. He is a man who never quits never looks for a way out but instead faces obstacles and challenges head on which I admire him greatly for and now apply in my life everyday.

The time my father has been away from us is something that has affected both my sisters and myself very much. I know that my father has made poor choices but he is a good man with a great heart. It is very difficult to be the man of the house at such a young age especially when the man who has guided me this far is not present but thanks to the way I was brought up it is a situation I can say my father raised me to handle even as a young man without even realizing. I know in the courtrooms and

news articles they can paint a picture and make my father out to be a horrible

person so if you take anything from this letter please let it be this, there are two

sides to every story and please understand I am not trying to say he is a flawless

man who has done no wrong because no person can say such for themselves. But he

is a great father a great husband and a great person he has learned greatly from his

mistakes and like I rose against the odds the night of February 6th I am beyond

positive my father will rise above the mistakes he has made and get home to us. He

is the man I aspire to be one day I can only hope to be a father as great as he has

been to me. Thank you very much for taking the time to read my letter.


Respectfully,

Ronald Giallanzo Jr.

May 11, 2018
Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York

Honorable Judge Dora L. Irizarry,

My name is Gienna Giallanzo, Ronald Giallanzo's twenty year old daughter. My father Ronald Giallanzo is not only the man I look up to and the person I aspire to be, but also my best friend. My father has always been there for me whether it be as a shoulder to cry on, in need of advice or just a good laugh that cheers me up instantly. He has taught me so much about finding myself, staying true to myself and others, and being the best I could be. I couldn't have asked for anyone better to have in my corner; he is truly my backbone. My dad is the biggest blessing in my life and I cherish every laugh, hug, kiss, and piece of advice he gives me. My father has always been there for me and continues to tell me I can do anything I set my mind and heart to. Although I can get discouraged at times, he reminds me everyday how smart I am and how much he believes in me and that pushes me to do the best I can.

Despite the fact that I have been blessed to be around many influential, heartwarming people in my life, Ive never met a person I so dearly aspire to be like quite like my father. The best way to describe my father is the saying "he'll give you his shirt off his back." My father will help and go above and beyond for anyone he loves. He has four children and a wife that he loves to the moon and back and all of us know the loyal, loving, hardworking, helpful, caring man he is. The heart he has is pure gold. Anything I wanted to do he supported and encouraged me to do the best I can. When I was younger I took on horse back riding. I never thought I would be good enough to make the team or make anything out of it, but I had my father pushing and encouraging me to give it my all. He told me "if I want it I have to work harder than anyone else." Thanks to him believing and encouraging me I got on the team! When it came time to applying to colleges I had coaches coming to look at me offering me scholarship to come ride at their schools. All of this because my dad didn't let me give up on something he knew I loved. Everything I am today I owe to my best friend. He taught me to always be kind, help the underdog, and always offer your help to people in need. When I was younger I was so painfully shy, that I wouldn't even speak to anyone, but thanks to my dad and the wonderful traits he passed on to me I am now a social butterfly who got a job at 15, got onto a riding team and goes to nursing school. I hope this gives you the insight on the wonderful man my father Ronald Giallanzo is. Please take this letter into consideration when my dad stands before you on June 29, 2018. Every child loves their dad and needs them in their life. Thank you so very much for taking the time to read my letter.

Sincerely,

Gienna Giallanzo

Chief Judge Dora L Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY
May 11,2018

Dear Honorable Judge Irizarry,

My name is Maureen Giallanzo. I am 17 years old and the youngest of my four siblings. Ronald Giallanzo is my father and will stand before you in the end of June.

I would like to share a family story about my father Ronald Giallanzo that I have heard all my life. My teenage dad went on spring break vacation with all of his friends to Cancun Mexico. He was having the time of his life. Then during a conversation, he realized that mothers day was coming up and he would be in Mexico and not home with his mom.

Without anyone knowing he left a day early and went home to spend mothers day with his mom. My dad has always taught me to always be there for your family and to always have respect.  He is a loving, caring , kind man and has taught me a lot. But my life is incomplete without him.

I love and miss my dad very very much and hope for him to be home soon. I thank you for reading my letter and hope that you will get my dad home to me and my family as soon a possible.

Sincerely,

Maureen Giallanzo

**Anita Giallanzo**
161-08 95th Street
Howard Beach, NY  11414

May 14, 2018
Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201
Re:  Ronald Giallanzo Sentencing

Dear Honorable Dora L. Irizarry:

My name is Anita Giallanzo.  My son Ronnie is scheduled for sentencing before you in June.  I am writing to you to respectfully request leniency for my son.  Ronnie is the youngest of my four children.  His father and I divorced when Ronnie was a young boy.  I struggled to do the best I could to raise my two youngest children on my own.

What can I say as a mother?  Ronnie is my baby even at nearly 50 years old.  I am 86 years old and my heart is forever broken knowing that my son is away and I will likely never spend another holiday or birthday with him.  I cannot even be sure that I will be strong enough to visit him especially if he will not be close to home.  All I can ask is that you have leniency on him so that he can come home and be with his wife and children to work on repairing his life with them and starting over.  I can assure you that Ronnie will not jeopardize any more time with his family.  I know in my heart that you can trust that Ronnie will lead his life in a manner that would ensure that he does not find himself in this situation ever again.

When Ronnie was a teenager one of our neighbor's homes went on fire early in the morning.  We ran outside to see what was happening and saw the family outside screaming and crying.  A young boy in the house was awake playing with matches under a bed.  His grandmother was trapped in the house.  Even though I urged him not to, my son Ronnie could not stand the idea of that woman being in that house.  He tried to enter the house to save her before the firemen arrived.  Thank God the firemen arrived before he was able to open that door.  They told him he would have not survived the backdraft.  It was a frightening experience.  I was so angry that Ronnie put himself in danger that way yet so proud of him.  I know that this may sound like a mom making her son out to be a hero but I am not even exaggerating.  This is what comes naturally to Ronnie.  This is who he is.

I guess what I am trying to say is that despite the current circumstances I couldn't be more proud of my son.  I am sorry for some of the choices he has made but again, I can assure you from the bottom of my heart that he will spend the rest of his life making up for lost time.  Please find it in your heart to give him the least amount of time possible.  God willing, maybe I will even still be here to see him come home.  Thank you and may God Bless You.

Sincerely,

Anita Giallanzo
Anita Giallanzo

163-24 84 Street
Howard Beach, NY 11414

May 9, 2018

Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge Dora L. Irizarry

My name is Richie Giallanzo and I am writing this letter on behalf of my uncle, Ronald Giallanzo. My uncle is a hard-working, kind, and giving man. He glues our family together by setting a good example. He means the world to me and my family.

Although he is my uncle, he is only four years my senior and we are very close, more like brothers. He taught me so much growing up. He looked after my brother, my sister, and myself through the years, due to the absence of my own parents at times. Growing up, I have only known my parents as drug abusers and have only seen domestic violence from my household. My uncle Ronnie shined a light on me and showed me that there was happiness elsewhere. He showed me that good does exist and that what I had witnessed was not OK. If it weren't for him, I fear knowing the man I could have turned out to be.

I chose Ronnie to be my sponsor at Confirmation, because I knew that I would not want anyone else to guide me through my life. He took me under his wing when going through the difficult roads of life. He has instilled morals and character in me which has led me to the man I am today. He has shown me the meaning of being hard working, loyal, respectful, and loving, when I had no other adult in my life to do so.

Now I am married with three children, and most of the decisions and choices I make on a daily basis, stem from his guidance and wisdom. I am proud of the person I became and I am proud of my teacher, my uncle. I know you may not see it, but aside from the allegations against my uncle, he is a great man.

I hope you can see the importance that he has in not only my life but my family's as well. I know in my heart you are fair and just, so I rest knowing that you will return him to us as quickly as possible so he can get back to raising and guiding his children the way he did me .

Thank for taking the time to read this letter, it is so very appreciated.

Sincerely,

163-24 84 Street
Howard Beach, NY 11414

May 9, 2018

Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Judge Dora L. Irizarry

My name is Roseann Giallanzo, I am the wife of Ronnie's nephew, Richard. I am a New York City Department of Education teacher and have been for the past 16 years. I have known Ronnie since 1995, when I began dating his nephew. At that time, Ronnie was a hard working husband and father of two. He worked for a local union and took any over time shifts that he could, to support his growing family. He often worked longs days with his father's fence company and longer nights with his union. He sacrificed quality family time in order to provide his family with what they needed. Ronnie was also a first responder after the 9/11 attacks. He worked at Ground Zero cleaning up debris and other hazardous material.

After 2 more children, his house was becoming tight. However, when he learned that his two nephews and niece were witnessing domestic abuse at home, as well as drug addiction, Ronnie didn't have to think twice, he took on three more members. At one point, he took in his mother too. He would have rather lived in a cramped house than for his loved ones to be in any danger or need. Ronnie will give anything and do anything for his loved ones, and never asks for anything in return.

Ronnie has four beautiful children whom have been apart from their father for a great deal of time. As they enter adulthood, they need their father, and to see the positive role model he has always been to them. They are at a fragile time in their lives where they need a father's guidance, support, and advice. A lengthy sentence can bear long-term negative psychological effects on his children. These effects can harbor inside them for many years to come.

Thank you for reading my letter. I hope it has provided some helpful context for understanding who Ronnie is, from my point of view. I hope you understand how a lengthy prison sentence would impact not only him and his family, but so many of his other relatives and friends.

Sincerely,

Roseann Giallanzo

**Faith Hintze**
159-03 84th Street
Howard Beach, NY 11414

May 14, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Ronald Giallanzo Sentencing

Dear Honorable Dora L. Irizarry:

My name is Faith Hintze. I am Ronald Giallanzo's niece and goddaughter, who is being sentenced before you at the end of June. I am sixteen years old and for as long as I can remember as a child, my Uncle Ronnie has played a vital role in my life and was always there for me no matter the situation.

My Uncle Ronnie is a very loving and caring individual and always looked out for me my whole life. I have a very close and loving relationship with my cousins, his four children, and I know that they need their father in their lives. I am sure anyone you ask will tell you how selfless my Uncle Ronnie is and how he will take care of anyone who is in need without hesitation. My mother chose him to be my Godfather because they grew up very close and they always took care of each other and put each others needs before their own. I always remember my Uncle Ronnie treating me as if I was one of his own child and taking me out to all their family outings. No matter where he was going or what his family and him were doing he would always take me and make me feel as if I was his own. I always had a close relationship with my Uncle and would hate to see him away for such a long period of time. I have an extremely close relationship with his youngest daughter Maureen, who is seventeen years old. I can see how much not having her father around hurts her and takes a toll on her emotionally. She oftenly confides in me how much she misses him and how she wishes her father could be around. Every kid deserves to have their dad in their life to be there for them.

Your Honor, my Uncle Ronnie is an extremely charismatic person who has so much love for his wife and for his four children. He is always willing to be there for people out of the kindness of his heart and never would take anything in return. Please take this into consideration and grant him leincy when he stands before you to determine his sentencing.

Sincerely,
Faith Hintze

**Judy A. Hintze**
159-03 84th Street
Howard Beach, NY 11414

May 14, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Ronald Giallanzo Sentencing

Dear Honorable Dora L. Irizarry:

My name is Judy Hintze. I am the sister of Ronald "Ronnie" Giallanzo, who will stand before you in June when you determine his sentence. I am fifty-six years old, married with one daughter who is in High School. My brother Ronnie is the youngest of four. He will be forty-eight years old on June 9th. There is a significant age gap between our oldest siblings and Ronnie.

Ronnie and I were always very close growing up. My parents divorced when he was seven years old. At that time it was just him and I who lived at home with our mother. We grew up looking out for each other and were extremely close. Ronnie is a caring and loving person. He is always the first one to try and help out whenever he can without expecting anything in return. I am fortunate to have a beautiful daughter named Faith. Ronnie is her Godfather. I want to share with you why we chose him for that important role in her life. My husband and I had a difficult time conceiving. It took us seven years and it was done through numerous rounds of IVF. During that time my husband was diagnosed with cancer. It was a very difficult time for us and we suffered through a lot of disappointment over that seven year period. Ronnie was my rock throughout that tough time and he encouraged me not to give up. His kind words and loving heart helped me get through one of the hardest times in my life. The outcome was a loving and beautiful daughter who we cherish every day.

My brother also has a special place in his heart for the elderly. He would stop to assist an elderly person without a second thought. There was one time when an elderly woman was outside a grocery store waiting for a taxicab. Ronnie offered her a ride home, which she gladly accepted. Through conversation, the woman told him she was having financial difficulty. He not only drove her home, he carried her packages in the door for her and put $50.00 inside one of her grocery bags, telling her to check the bags thoroughly. He did not want to insult her by handing it to her. That is just who he is. He doesn't think twice about it and doesn't expect anything in return.

Your Honor, Ronnie is a loving husband and father of four beautiful children who need him home. My brother is a good man. Please take that into consideration when he stands before you to determine his fate.

Thank you for listening.

Respectfully,

*Judy Hintze*
Judy Hintze

**ROBERT P. GIALLANZO**
161-08 95th Street
Howard Beach, NY 11414

May 14, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Ronald Giallanzo Sentencing

Dear Honorable Dora L. Irizarry:

My name is Robert Giallanzo.  I am writing on behalf of my brother, Ronald (Ronnie) Giallanzo, whose case will be before you for sentencing next month.  By way of introduction, I am Ronnie's senior by 15 years.  I am a NYC employee for the Department of Transportation for the past 30 years and am married to my wife JoAnn for nearly 31 years.

More importantly, I am hoping to introduce you to my brother Ronnie in a different light then that which has been presented to you from the perspective of making a case.  From a much more personal perspective Ronnie is a kind person who has a soft spot for others.  I find it difficult to be able to write a letter that sums up another person for someone who doesn't really know him at all.  I guess in the most simplest of ways I am reminded of something that makes me proud of his natural instinct and sincerity toward others.  Ronnie had a close friend who died in a tragic car accident when they were young - I would say about 25 years ago.  Ronnie is still in touch with and treats his mom and sister as his own family.  That may sound like its nothing to mention but how many of us would move on and lose touch.  That is not his way.  He wants to be there for them in honor of his childhood friend.  That is a simple example of his true character as a sensitive, caring person.  I know that doesn't mean he doesn't have to take responsibility for his mistakes but I was hoping you could take into consideration the type of person he really is.

The outcome of his sentencing reaches far beyond just his own life.  He has a wife and 4 beautiful children who love and need him very much.   All I can ask is that you take his family into consideration and know that Ronnie is a good caring person who will come home and focus on his family.  Please consider the minimum amount of time so he can make up for lost time with his kids who are truly innocent in all of this.

Thank you for the opportunity to talk about my brother and for taking the time to read this letter.  Your consideration for the minimum amount of additional time Ronnie will be away from his family is very much appreciated.

Respectfully,

Robert Giallanzo

JoANN GIALLANZO
161-08 95th Street
Howard Beach, NY  11414
718-835-8156

June 21, 2018

Chief Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  Ronald Giallanzo Sentencing

Dear Honorable Dora L. Irizarry:

I am writing to you in connection with the upcoming sentencing of my brother-in-law Ronald
Giallanzo.  I met Ronnie when he was 8 years old.  I was a teenager dating his older brother
Bobby who I married in 1987.  My dad and brother, who are both now deceased, were NYC
police officers and after being a stay at home mom, my mother had a late career in real estate.
I worked for the public accounting firm of Grant Thornton in an administrative role for 35 years - I
retired nearly 2 years ago.

Ronnie comes from a broken home and although he was loved by both parents, he often found
himself a pawn in a bitter divorce.   His mom did the best she could to be a single mom while his
father most times withheld his emotional and other support for his younger children as a weapon
in his marital battle resulting in his mom having to take on 2 jobs taking her away from her
children.  I am a little uncomfortable mentioning this personal and sad information but I believe
that it had its effects on all of their children and most especially Ronnie who is considerably
younger than his siblings.  Ronnie lacked the guidance a boy needs from his father.  I remember
one of our nephew's young children telling Ronnie that he saw a picture of him as a little baby in
his father's arms.  I was so struck by Ronnie's response -- "that was probably the last time he
held me".   Sometimes we don't realize how sensitive other people are and what they carry in
their hearts.  I believe that it was these memories that made Ronnie want to be the best dad he
could be and as a result he and his wife can be proud of who their children are.  They are all
responsible, good kids.  But, the most important thing he wanted to give them was his presence
in their lives and that is what he put in jeopardy by making some bad and unfortunate choices.
Ronnie wants and needs to be with his family.  He wants them to remember that he always held
them in his arms.   He knows now more than ever that the most important thing he can give his

kids is himself.  Being there for the special events in their lives that are yet to come and creating positive memories for them of their dad.   Please help him to do that.

I read once that whatever we do today will become a part of our past tomorrow, which means that we do have the power to change our past by doing the right thing today.   Mistakes have a way of making people grow and improve.  I believe Ronnie is ready to do just that.

I want to also mention that Ronnie is one of the most caring people I know.  He feels for others and is always the one who wants to help someone out if they are in need or just welcome someone he thinks is lonely into his home/family.  He truly has a kind heart.  Please consider that part of who he is and help reunite him with his family so he can change his past by doing the right thing every day!

Thank you for taking the time to read my letter.  Your consideration is so very much appreciated.

Respectfully,

JoAnn Giallanzo

May 11,2018

Chief Judge Dora L. Izirazzy
United States District Court, E,D,N.Y
225 Cadman Plaza East
Brooklyn NY

Your Honor,

My name is Phyllis Schettini and I live in Howard Beach NY for over 30 years. I am writing this letter because I feel it shows that Ronald Giallanzo has morals, values and integrity.

I would like to share a story with you that happened many years ago. My daughter who was 15 at the time is now 33 and I will never forget what Ronald Giallanzo did for me.

Teenagers often get themselves into trouble and at the time my daughter was having a problem with a certain group of girls. These girls came to our home one night and my daughter went outside to speak to them. I was unaware that she had left the house. When I realized and heard shouting I ran outside to be jumped by several teenagers already harming my daughter. I fell to the ground and broke my shoulder instantly. As I laid helpless on the ground I heard a man's voice and someone picked me up off the floor. I was dazed and confused.

Its kind of funny because what I remember the most was the man who picked me up was dressed so nice and was asking me if I was ok. That man was Ronald Giallanzo who just so happened to be on his way to a wedding with his wife and was dropping his children off at his mother in laws house which was across the street. He saw what was going on and came to help not even thinking that he could of been hurt. I thank God that he got involved in something that was none of his business because I don't know what could of happened to me.

So many people turn away from what is not their business. I believe it takes a very caring person to get involved in a situation that has nothing to do with them.

Ronald is a wonderful father, husband and son. He is a wonderful person!

Please take this story into consideration during his sentencing. As I said it's not all the time a person is willing to involve themselves in a battle that is not theirs. In my eyes that speaks huge words about a person. I will forever be grateful and never forget the day he helped me and my child.

Thank you for taking the time to read this letter.

Sincerely,

Phyllis Schettini
Phyllis Schettini

Honorable Chief Judge Dora Lrizarry                                                              2018 May
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn , New York

    My name is Linda Thompson and I have been friends with Ronald Giallanzo for 36 years.
My family moved to Howard Beach in 1982,  I was a teenager and my younger brother was an
adolescent. Being new to the neighborhood my brother had no friends. It was when Ronald
introduced himself to my brother and invited him to play basketball at the park, and from that
day on they were best friends!  Ronald's heart is as big as the ocean, he would help anyone.
When the unthinkable happened and my brother died in a car accident at the age of twenty seven
my family and I were beyond consolable.  My memory of that heart wrenching day was when
Ronald helped me and my parents. Even though he was distraught by the death of my brother,
he somehow found the strength to help us.  Ronald helped my dad with the funeral arrangements,
he gathered all my brothers friends and they purchased my brothers funeral suit and shoes.  From
that day forward he never forgot me and my family.  Every holiday he would bring us flowers or
a cake.  Ronald is filled with love and compassion.  I seen Ronnie get married and became a
father of four beautiful children.  I watched him grow from a little boy into a responsible,
respectable and hard working  man.  He absolutely loves and adores his wife Elizabeth and his
four children.  When 911 tragedy occurred Ronald was there on site working and helping the
community.  As a result from 911 the unfortunate happened where Ronald had to have half of his
lung removed because he was diagnosed with lung cancer.  His family needs him desperately,
they miss his presence and his love.  Even though he is guilty of a crime I'm at your mercy Your
Honor, when you are finalizing your decision for Ronald's sentencing,  please take into
consideration all of the above.  Ronald is not perfect...... just like this world is not perfect....but
he has remorse which shows good character and he has numerous fine qualities which render
him deserving of leniency.

                                    Sincerely,

                                    Linda Thompson/ Moccia

May 12, 2018


Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY

Dear Judge Izirarry,

My name is Janine Fasano.  I am writing this letter on behalf of my husband John and myself.
We have been friends with Ronald Giallanzo for well over 30 years.  We grew up in Howard
Beach together and we have been in each other's lives throughout that time.  We have
known Ronnie since he was a young teenager to the adult he is today.  We would like for
you to take our words into consideration because we know the Ronnie that the court does
not.

Our friend will be standing before you for a crime that he has been convicted of.  We would
like for you to know the Ronnie that we know, the man that he has showed us for over 30
years.  He is kind and caring.  He would do anything for anyone that needed him.  There
have been plenty of times over the years that my husband needed a true friend.  Ronnie
always proved to be that person.  He has always been the one that would make the most
sense of situations and put things into prospective.  He has always been there to offer
advice on parenting especially since his children are older then ours.  He is someone that
we could count on and lean on no matter what. While my husband's mother was dying of
cancer he was always one to make himself available even if it was just a phone call to let him
know he was thinking of him.  He was there for my husband and myself as a friend through
all different phases of our lives.  He has always been a constant figure and I am thankful to
him for it.

I have had situations in my life happened where he was the first one to call me or ask how
he could help.  Always asked if there was something he could do.  He wouldn't think twice
about extending himself if you needed him. My brother was assaulted and lost his eye a few
years back.  Ronnie was the first one to be there offering rides to the hospital and whatever
else my family needed to help us get through that dark time.  He has proved to be loyal and
trustworthy.  He possesses qualities that are becoming obsolete in this world.  My three
girls consider him to be their uncle/friend.  Someone who always makes them laugh and
makes them feel good about themself just by being himself.  Someone they can count on no
matter what.  He gives them a sense of security and love.  I am proud to have him in my
daughter's lives.


We both have been around Ronnie for a very long time now and have watched him be a
wonderful father to his children.  Family is everything to him.  He has four children that
have been raised with morals, ethics and values.   They are all hard working individuals who
either have careers or are still students with upstanding lives ahead of them.  There was no

slacking off in their home. I believe that although their mother is a wonderful role model their father has proved to be just as instrumental in their lives. He always is there to encourage them and make them want to be better. He has always wanted them to succeed and lead productive lives. He always told them they could be anything they ever wanted to be and no goal was ever out of reach. My heart is heavy knowing that the time will come when he will not physically be there for them. As they continue to go through their lives there will be weddings, graduations, holidays and birthdays that he will miss out on and my heart breaks for them.   I would also like for you to please consider his wife Elizabeth who has been so strong and supportive throughout everything. She is a wonderful, selfless individual who loves her husband with all her being. I hate to have to see her suffer every single day without him.

I beg you to please show some leniency toward Mr. Giallanzo.. I know if given the opportunity he would be an upstanding citizen and would make this court proud when given the chance.

Thank you for taking the time to read this.

Sincerely,

Janine Fasano
160-24 91st Street
Howard Beach, NY 11414

Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, New York


Dear Judge Dora L. Irizarry,


My name is Anita Corozzo. I am writing this letter on behalf of my
uncle, Ronald Giallanzo. As a child I was not brought up in the best
environment . In simple words my parents were dysfunctional. Being
young and innocent my uncle took me into his home and taught me
the value of life. Through his selflessness he taught me the
importance of education and self worth. Today as a 39 year old
women this is a lesson I now pass down to my three children.


It is he who has taught me to be kind, compassionate and respectful.
He taught me to appreciate life, ultimately paving the way for me to
become a functioning  adult. Thanks to my uncle I have learned the
importance of family, a boundless lesson. It was his guidance and
support that I admired endlessly.  My goal in life was to be as good as
a parent to my children as he was to me.


While I reflect on my life with my Uncle Ronnie I feel a sense of
gratitude. However, upon that realization I also feel a sense of regret
for his four children. I cannot imagine my life without his influence, a
reality that his children will have to embrace.

It is a father's love that impacts a child. A father takes on a role of
disciplinary and care taker and ensures the safety of his children.
Furthermore, as individuals we model the behavior of those we love.
It is unfortunate that his children will not have that once in a life time
opportunity to learn, in the same way that I did.

It is through this letter that I ask for your leniency in his sentencing.  I can only hope that my words will have an impact on your judgement and shed light on the remarkable person he is.  To those who don't know him he is just another ordinary individual, but to us he is a father, a friend and he is our home.

Thank you for your time, consideration and open mind.

Sincerely

Anita Corozzo

Honorable Chief Judge Dora L Irizarry
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY

Honorable Judge Dora Irizarry,

My name is Maureen Gallagher. I am writing this letter on behalf of my husband Thomas and
myself. Ronald Giallanzo is our son in law. Married to our daughter Elizabeth. Parents of our
four lovely grandchildren. There is a lot of things about Ronald Giallanzo that we would like to
share with you.To say Ronald is a caring ,helpful person really does not do him justice.

There has been many situations where Ronald has always been there for my husband and I.
Four years ago I suffered a serve stroke, leaving me unable to walk, talk, and fend for myself.
Ronald was immediately at my side, taking me to physical therapy, which I found quite difficult
and frustrating. Through out this very hard time in my life Ronald would always give me a good
talk, to be strong and push through. He just has a kind and caring way about him that comes
naturally.

Just this Easter we lost our daughter in law to cancer. Ronald was always calling with
information he thought would be helpful. Even thou he is in his own struggle he still was so
worried and caring. That is just the way he is and we are so blessed to have him as our son in
law.

True Ronald is a good family man, but it doesn't end there. He doesn't hesitate to help out his
elderly neighbors, cleaning driveways and cars in snowstorms. Even giving them a ride if they
need it. I can remember a time his neighbors car was in the shop and Ronald gave him his car
to go to a wedding. This is just a few of the wonderful things that Ronald has done.

His wife and children miss him beyond belief and I know that he misses them as well. There is
such a void without Ronald home.

Thank you for your kindness and considerations.

Sincerely ,

Maureen Gallagher
Maureen Gallagher

May 15, 2018

Philip Milkovits
158-41 86th Street
Howard Beach, NY 11414

Chief Judge Dora L. Irizarry
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York

Your Honor,

I met Ronald Giallanzo in grammar school. This is where our friendship began. After grammar school, we went our separate ways to different schools.

After many years have passed, we met again working at Ground Zero. Ronald was working as a construction worker, and I was a NYC Firefighter. This was a very difficult and emotional task on us both. When you are a caring and helpful person as Ronald, this comes very easy. He always put others ahead of himself. By far, one of the most respectful human beings I know.

Several years have passed before encountering one another again. At that time, we discovered that working at Ground Zero, both of us were diagnosed with Cancer. His Cancer was taken care of years prior, but my journey was just beginning. He was there to help me and guide me along the way.

When I found out Ronald was convicted of a crime, my heart broke. He is such a caring person and would help you at any time. If I needed a ride to a doctor appointment or someone to talk to, he was there.

His unwavering courage, selflessness and compassion he showed me I will always be grateful for. He is extremely dedicated to his family and friends. I am honored to know Ronald and his family and hope to continue our friendship for many more years to come.

Respectfully

Philip M Milkovits

Chief Judge Dora L. Irizarry

United States District Court, E.D.N.Y.

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dora L. Irizarry,


My name is Maureen Hitchings. I am writing on behalf of my brother-in-law, Ronald Giallanzo.

Ronald is a devoted husband and father to his wife Elizabeth and his four children, Ronnie, Rosemarie, Gienna and Maureen. As well as an uncle and godfather to my son, T.J. He is a kind, loving and devoted family man, who is always there when you need him…to offer support, a kind word, and advice. He is a positive influence on all of us.

Through the many years I have known Ronald, I have only a positive opinion of him. I respect him and love him. He is more than a brother-in-law to me…he is one of my brothers. He has only shown me and my family kindness, respect and love. I would entrust my family in his hands.

I humbly ask you to consider Ronald's family, especially his wife and children, when you are making your decisions regarding his future. For surely they will be affected by your decision as much as he will be.

I hope this letter helps you understand what an outstanding person Ronald is, and how important and irreplaceable he is to our family. He is loved and very much missed by all of us every single day.

Thank you so much for your consideration.


Sincerely yours,

Maureen Hitchings

Maureen Hitchings

8 Burr Court

Plainsboro, NJ 08536

609/716-9776

Chief Judge Dora L. Irizarry

United States District Court, E.D.N.Y.

225 Cadman Plaza East

Brooklyn, NY 11201


Honorable Judge Dora L. Irizarry,


My name is Timothy Hitchings. I am writing on behalf of my brother-in-law, Ronald Giallanzo.

Ronald has been more than just a brother-in-law, he is a close friend. He is a loving husband and a devoted father to his children, Ronnie, Rosemarie, Gienna and Maureen. He is my son T.J.'s uncle and godfather. He is a strong and present adult figure in all our children's lives. He is always there when you need him, to offer moral and emotional support in both good times and bad. He is an exemplary father, husband and friend.

He has shown me and my family only the deepest respect, kindness and love. I know I can count on him to be there for my family should the need ever arise. He is all anyone could ever ask for in a trusted family member and friend.

I ask that you please take into consideration Ronald's family when you are making your decision. I humbly remind you that his wife's and his children's fates all rest within your hands just as much as Ronald's fate does. I am confident that you will consider them while you make your decision.

I hope that this letter helps make it clear about who Ronald Giallanzo is. He is a good and loving family man, he is a good friend, and he is a good person.

Thank you for your consideration.

Sincerely,

Timothy F. Hitchings

8 Burr Court

Plainsboro, NJ 08536

609/716-9776